UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:08-CR-46 |
| V. | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| | ) | |
| KATRINA SOUTO | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned on May 13, 2008, for an initial appearing and arraignment. David Jennings, Assistant United States Attorney, was present representing the government, and Boyd Venable was present representing the defendant. During the course of the hearing, the government requested detention. The Court granted the defendant's request to continue the detention hearing. 18 U.S.C. § 3142(f). The defendant shall be held in custody by the United States Marshal until **Thursday, May 15, 2008**, at **1:00 p.m.**, before the undersigned and shall be produced for the detention hearing.

For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED**.

ENTERED:
    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge